1   Ted D. Meyer (Texas State Bar No. 13997500)
    (Admitted *pro hac vice*)
2   tmeyer@meyerwhite.com
    MEYER WHITE LLP
3   600 Travis, Suite 900
    Houston, Texas 77002
4   Telephone:  (713) 951-1400
    Facsimile:  (713) 951-1499
5
6   (*Additional Counsel for Defendants Listed on Signature Page*)

7   *Attorneys for Defendant*

8   Jay Young, Esq.
    Nevada Bar No. 5562
9   Nick D. Crosby, Esq.
    Nevada Bar No. 8996
10  Brian Blankenship, Esq.
    Nevada Bar No. 11522
11  Marquis Aurbach Coffing
    10001 Park Run Drive
12  Las Vegas, Nevada  89145

13  *Attorneys for Plaintiffs*

14              IN THE UNITED STATES DISTRICT COURT
15                 FOR THE DISTRICT OF NEVADA

16  JULIENNE DOW, an individual; CAROL
    GERENSTEIN, an individual; CHERYL
17  HUEY, an individual; GREGORY M.
    KOZLOWICZ, an individual; MARILYN
18  VALDEZ, an individual; PATRICE CATALLI,
    an individual; SANDRA RENNEWANZ, an
19  individual; WILLIAM GILBERT, an          Case No.  2:11-cv-00662-PMP-GWF
    individual,
20
            Plaintiffs,
21
        v.                                   **JOINT STIPULATION AND
22                                           ORDER TO STAY PROCEEDINGS
                                             AND EXTEND DEADLINES**
23  LENNAR CORPORATION, DOES I-X, and
    ROE CORPORATIONS I-X inclusive,
24                                              **(First Request)**
            Defendants.
25

26        Subject to the Court's approval, Plaintiffs Julienne Dow, Carol Gerenstein, Cheryl Huey,

27  Gregory M. Kozlowicz, Marilyn Valdez, Patrice Catalli, Sandra Rennewanz, and William Gilbert

28  (collectively "Plaintiffs") and Defendant Lennar Corporation ("Lennar" or "Defendant")

                                    1

(collectively the "Parties"), by and through their attorneys of record, enter into the following stipulation to stay all proceedings, except for the Early Neutral Evaluation Session, for 90 days and to extend deadlines, on the terms detailed below.  The Parties respectfully request that the Court enter an Order approving this stipulation.

Plaintiffs filed their Complaint on April 27, 2011, and their First Amended Complaint on May 17, 2011.  Lennar timely filed its Answer to Plaintiffs' First Amended Complaint on June 7, 2011.  Pursuant to Local Rule 26-1(d), the parties are required to file a Stipulated Discovery Plan and Scheduling Order by July 21, 2011.

Additionally, on July 11, 2011, Lennar filed its Motion to Compel Arbitration, seeking to compel arbitration of six of the eight Plaintiffs' claims pursuant to their written agreements to arbitrate. The deadline for Plaintiffs' response to Lennar's Motion to Compel Arbitration is currently July 28, 2011.

Good cause exists to approve this stipulated stay of proceedings and extension of deadlines.  As part of this Stipulation, the Parties have agreed to exchange documents, as detailed below, and believe that this exchange of documents will allow them to better evaluate the case in preparation for the Early Neutral Evaluation session.  Additionally, the stay of proceedings will allow the Parties an opportunity to focus their efforts on engaging in discussions regarding possible early resolution of the claims in this case, which discussions will be furthered by participation in the Early Neutral Evaluation Session.

For the good cause described above, the parties stipulate, subject to the Court's approval, as follows:

1.     All proceedings in this case, except for the scheduled Early Neutral Evaluation Session, are stayed for 90 days.

2.     The Early Neutral Evaluation Session will take place, as currently scheduled under the Court's Order Scheduling Early Neutral Evaluation Session, at 9:30 a.m. on Thursday, August 11, 2011, before United States Magistrate Judge Lawrence R. Leavitt.

3.     The Parties have agreed to exchange documents prior to the Early Neutral Evaluation Session.  Specifically, Plaintiffs have agreed to provide Lennar with documents

1   showing verifiable information regarding all mitigating income received by Plaintiffs since the

2   end of their employment with a Lennar affiliate.   Lennar has agreed to provide to Plaintiffs

3   information relating to the compensation of NHCs in the Las Vegas Division since the end of

4   Plaintiffs' employment with a Lennar affiliate.   Prior to this exchange of documents, the Parties

5   will enter into and file an Agreed Protective Order, and will produce the foregoing documents,

6   which contain confidential financial information regarding Plaintiffs and third parties, subject to

7   the Agreed Protective Order.

8          4.       The deadline for Plaintiffs' Response to Lennar's Motion to Compel Arbitration is

9   October 26, 2011.

10         5.       The deadline for the Parties to conduct the Rule 26(f) Conference will be fourteen

11   (14) days following the Court's ruling on Lennar's Motion to Compel Arbitration.

12         6.       The deadline for the Parties to file their Stipulated Discovery Plan and Scheduling

13   Order will be twenty-one (21) days following the Court's ruling on Lennar's Motion to Compel

14   Arbitration.

15         7.       Lennar's stipulation to this stay of proceedings, the delay of a ruling on Lennar's

16   Motion to Compel Arbitration, and any actions taken on the part of Lennar during the stay, or at

17   any time prior to the Court's ruling on Lennar's Motion to Compel Arbitration, including but not

18   limited to any exchange of documents, and Lennar's participation in the Early Neutral Evaluation

19   Session, shall in no way waive or otherwise affect Lennar's Motion to Compel Arbitration, or its

20   rights to compel arbitration of Plaintiffs' claims as detailed therein.

21

22   Stipulated to:  July 19, 2011

                            By:     /s/ Ted D. Meyer
23                                  Ted D. Meyer (Texas State Bar No. 13997500)
                                    (Admitted *pro hac vice*)
24                                  tmeyer@meyerwhite.com
                                    MEYER WHITE LLP
25                                  600 Travis, Suite 900
                                    Houston, Texas 77002
26                                  Telephone:  (713) 951-1400
                                    Facsimile:  (713) 951-1499
27

28

Cindi L. Pusateri (California State Bar No. 216899)
(Admitted *pro hac vice*)
cpusateri@meyerwhite.com
MEYER WHITE LLP
600 Wilshire Boulevard, Suite 960
Los Angeles, California 90017
Telephone: (213) 330-1760
Facsimile:  (213) 330-1759

Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
JACKSON LEWIS LLP
3960 Howard Hughes Parkway
Suite 450
Las Vegas, NV 89169
Phone: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

Stipulated to:  July 19, 2011

By:     */s/ Brian Blankenship (signed w/ permission)*
        Jay Young, Esq., Bar No. 5562
        Nick D. Crosby, Esq., Bar No. 8996
        Brian Blankenship, Esq., Bar No. 11522
        Marquis Aurbach Coffing
        10001 Park Run Drive
        Las Vegas, Nevada  89145

        *Attorneys for Plaintiffs*

Based on the foregoing Stipulation and for good cause shown, it is **ORDERED**, that:

1.      All proceedings in this case, except for the scheduled Early Neutral Evaluation Session, are stayed for 90 days.

2.      The Early Neutral Evaluation Session will take place, as currently scheduled under the Court's Order Scheduling Early Neutral Evaluation Session, at 9:30 a.m. on Thursday, August 11, 2011, before United States Magistrate Judge Lawrence R. Leavitt.

3.      The Parties have agreed to exchange documents prior to the Early Neutral Evaluation Session.   Specifically, Plaintiffs have agreed to provide Lennar with documents showing verifiable information regarding all mitigating income received by Plaintiffs since the end of their employment with a Lennar affiliate.   Lennar has agreed to provide to Plaintiffs information relating to the compensation of NHCs in the Las Vegas Division since the end of

1  Plaintiffs' employment with a Lennar affiliate.  Prior to this exchange of documents, the Parties

2  will enter into and file an Agreed Protective Order, and will produce the foregoing documents,

3  which contain confidential financial information regarding Plaintiffs and third parties, subject to

4  the Agreed Protective Order.

5       4.       The deadline for Plaintiffs' Response to Lennar's Motion to Compel Arbitration is

6  October 26, 2011.

7       5.       The deadline for the Parties to conduct the Rule 26(f) Conference will be fourteen

8  (14) days following the Court's ruling on Lennar's Motion to Compel Arbitration.

9       6.       The deadline for the Parties to file their Stipulated Discovery Plan and Scheduling

10 Order will be twenty-one (21) days following the Court's ruling on Lennar's Motion to Compel

11 Arbitration.

12      7.       Lennar's stipulation to this stay of proceedings, the delay of a ruling on Lennar's

13 Motion to Compel Arbitration, and any actions taken on the part of Lennar during the stay, or at

14 any time prior to the Court's ruling on Lennar's Motion to Compel Arbitration, including but not

15 limited to any exchange of documents, and Lennar's participation in the Early Neutral Evaluation

16 Session, shall in no way waive or otherwise affect Lennar's Motion to Compel Arbitration, or its

17 rights to compel arbitration of Plaintiffs' claims as detailed therein.

18

19

20                                          IT IS SO ORDERED:

21                                          _____

22                                          UNITED STATES DISTRICT JUDGE

23                                          DATED:  July 21, 2011.

24

25

26

27

28

5