Ted D. Meyer (Texas State Bar No. 13997500)
(Admitted *pro hac vice*)
tmeyer@meyerwhite.com
MEYER WHITE LLP
600 Travis, Suite 900
Houston, Texas 77002
Telephone:  (713) 951-1400
Facsimile:  (713) 951-1499

(*Additional Counsel for Defendants Listed on Signature Page*)

*Attorneys for Defendant*

Jay Young, Esq.
Nevada Bar No. 5562
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Brian Blankenship, Esq.
Nevada Bar No. 11522
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada  89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JULIENNE DOW, an individual; CAROL GERENSTEIN, an individual; CHERYL HUEY, an individual; GREGORY M. KOZLOWICZ, an individual; MARILYN VALDEZ, an individual; PATRICE CATALLI, an individual; SANDRA RENNEWANZ, an individual; WILLIAM GILBERT, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LENNAR CORPORATION, DOES I-X, and ROE CORPORATIONS I-X inclusive, <br><br> Defendants. | Case No.  2:11-cv-00662-PMP-GWF <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS OF PATRICE CATALLI, JULIENNE DOW, CAROL GERENSTEIN, CHERYL HUEY, GREGORY M. KOZLOWICZ, and SANDRA RENNEWANZ** |

1

1    COME NOW, Plaintiffs Patrice Catalli, Julienne Dow, Carol Gerenstein, Cheryl Huey,
2 Gregory M. Kozlowicz, and Sandra Rennewanz (collectively "Plaintiffs") and Defendant Lennar
3 Corporation ("Lennar" or "Defendant") (collectively the "Parties"), by and through their
4 attorneys of record, and file this Stipulation and Order of Dismissal with Prejudice.  The Parties
5 respectfully request that the Court enter an Order approving this stipulation.

6    All matters and things in controversy herein between Plaintiffs and Defendant have been
7 resolved.  As part of the resolution, the Parties request that the Court dismiss all of Plaintiffs'
8 claims against Defendant with prejudice to the refiling of same.

9    As evidenced by the signatures of the attorneys on this Stipulation, this Stipulation is
10 agreed upon by all Parties.

11   Based on the foregoing, the Parties stipulate as follows:

12   1. All of Plaintiffs Patrice Catalli, Julienne Dow, Carol Gerenstein, Cheryl Huey, Gregory
13 M. Kozlowicz, and Sandra Rennewanz's (collectively "Plaintiffs") claims and causes of action
14 against Defendant are dismissed with prejudice to the refiling of same.

15   2. All costs of Court, including attorneys' fees are taxed against the party incurring same.

16   3. This Stipulation and Order resolves all matters between Plaintiffs and Defendant and is a
17 final Order disposing of all of Plaintiffs' claims in this case.

Stipulated to:  December 16, 2011

By:    */s/ Ted D. Meyer*
Ted D. Meyer (Texas State Bar No. 13997500)
(Admitted *pro hac vice*)
tmeyer@meyerwhite.com
MEYER WHITE LLP
600 Travis, Suite 900
Houston, Texas 77002
Telephone:  (713) 951-1400
Facsimile:  (713) 951-1499

Cindi L. Pusateri (California State Bar No. 216899)
(Admitted *pro hac vice*)
cpusateri@meyerwhite.com
MEYER WHITE LLP
600 Wilshire Boulevard, Suite 960
Los Angeles, California 90017
Telephone: (213) 330-1760
Facsimile:  (213) 330-1759

|   |   |
|---|---|
|   | Elayna J. Youchah, Bar No. 5837<br>youchahe@jacksonlewis.com<br>JACKSON LEWIS LLP<br>3960 Howard Hughes Parkway<br>Suite 450<br>Las Vegas, NV 89169<br>Phone: (702) 921-2460<br>Fax: (702) 921-2461<br><br>*Attorneys for Defendant* |

Stipulated to:  December 16, 2011

By: */s/ Brian Blankenship (signed w/ permission)*
Jay Young, Esq., Bar No. 5562
Nick D. Crosby, Esq., Bar No. 8996
Brian Blankenship, Esq., Bar No. 11522
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada  89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jay@maclaw.com
ncrosby@maclaw.com
bblankenship@maclaw.com

*Attorneys for Plaintiffs*

Based on the foregoing Stipulation and for good cause shown, it is **ORDERED**, that:

1. All of Plaintiffs Patrice Catalli, Julienne Dow, Carol Gerenstein, Cheryl Huey, Gregory M. Kozlowicz, and Sandra Rennewanz's (collectively "Plaintiffs") claims and causes of action against Defendant are dismissed with prejudice to the refiling of same.

2. All costs of Court, including attorneys' fees are taxed against the party incurring same.

3. This Stipulation and Order resolves all matters between Plaintiffs and Defendant and is a final Order disposing of all of Plaintiffs' claims in this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 19, 2011.