UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JULIENNE DOW, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:11-CV-662-PMP-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| LENNAR CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

The Court having read Plaintiffs' Status Report [36] filed October 12, 2012,

**IT IS ORDERED** that the Stay of these proceedings is hereby extended for an additional six months, to and including April 15, 2013. The parties to this action shall, not later than March 30, 2013, file a Status regarding the progress of the pending arbitration of the remaining claims in this case.

Dated this 12th day of October, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE