1  Ted D. Meyer (Texas State Bar No. 13997500)
   (Admitted *pro hac vice*)
2  tmeyer@mmlfirm.com
   MEYER MOSER LANG LLP
3  708 Main St., Suite 200
   Houston, Texas 77002
4  Telephone: (713) 951-1400
   Facsimile: (713) 951-1499
5
   (*Additional Counsel for Defendants Listed on Signature Page*)
6
   *Attorneys for Defendant*
7
   Jay Young, Esq.
8  Nevada Bar No. 5562
   Nick D. Crosby, Esq.
9  Nevada Bar No. 8996
   Brian Blankenship, Esq.
10 Nevada Bar No. 11522
   Marquis Aurbach Coffing
11 10001 Park Run Drive
   Las Vegas, Nevada 89145
12 Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
13
   *Attorneys for Plaintiffs*
14

15

16              IN THE UNITED STATES DISTRICT COURT
17                  FOR THE DISTRICT OF NEVADA

18
   JULIENNE DOW, an individual; CAROL
19 GERENSTEIN, an individual; CHERYL
   HUEY, an individual; GREGORY M.
20 KOZLOWICZ, an individual; MARILYN
   VALDEZ, an individual; PATRICE CATALLI,
21 an individual; SANDRA RENNEWANZ, an
   individual; WILLIAM GILBERT, an            Case No. 2:11-cv-00662-PMP-GWF
22 individual,

23         Plaintiffs,

24     v.                                     **STIPULATION AND ORDER OF**
                                              **DISMISSAL WITH PREJUDICE AS**
25 LENNAR CORPORATION, DOES I-X, and          **TO ALL CLAIMS OF MARILYN**
   ROE CORPORATIONS I-X inclusive,            **VALDEZ**
26
           Defendants.
27

28

1

1    COME NOW, Plaintiff Marilyn Valdez ("Valdez" or "Plaintiff") and Defendant Lennar Corporation ("Lennar" or "Defendant") (collectively the "Parties"), by and through their attorneys of record, and file this Stipulation and Order of Dismissal with Prejudice. The Parties respectfully request that the Court enter an Order approving this stipulation and terminating this case.

All matters and things in controversy herein between Plaintiff and Defendant have been resolved. As part of the resolution, the Parties request that the Court dismiss all of Plaintiff's claims against Defendant with prejudice to the refiling of same.

As evidenced by the signatures of the attorneys on this Stipulation, this Stipulation is agreed upon by all Parties.

Based on the foregoing, the Parties stipulate as follows:

1. All of Plaintiff Marilyn Valdez's claims and causes of action against Defendant are dismissed with prejudice to the refiling of same.

2. All costs of Court, including attorneys' fees, are taxed against the party incurring same.

3. This Stipulation and Order resolves all matters between Plaintiff and Defendant and is a final Order disposing of all of Plaintiff's claims in this case.

Stipulated to:  November 15, 2013

By:    */s/ Ted D. Meyer*
Ted D. Meyer (Texas State Bar No. 13997500)
(Admitted *pro hac vice*)
tmeyer@mmlfirm.com
MEYER MOSER LANG LLP
708 Main St., Suite 200
Houston, Texas 77002
Telephone:  (713) 951-1400
Facsimile:  (713) 951-1499

Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
JACKSON LEWIS LLP
3960 Howard Hughes Parkway
Suite 450
Las Vegas, NV 89169
Phone: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

Stipulated to: November 15, 2013

By: */s/ Brian Blankenship (signed w/ permission)*
Jay Young, Esq., Bar No. 5562
Nick D. Crosby, Esq., Bar No. 8996
Brian Blankenship, Esq., Bar No. 11522
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jay@maclaw.com
ncrosby@maclaw.com
bblankenship@maclaw.com

*Attorneys for Plaintiffs*

Based on the foregoing Stipulation and for good cause shown, it is **ORDERED**, that:

1. All of Plaintiff Marilyn Valdez's claims and causes of action against Defendant are dismissed with prejudice to the refiling of same.

2. All costs of Court, including attorneys' fees, are taxed against the party incurring same.

3. This Stipulation and Order resolves all matters between Plaintiff and Defendant and is a final Order disposing of all of Plaintiff's claims in this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2013